IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION

No. 7:15-CV-210-FL

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| BRITTANY J. WILLIAMS, | ) | ENTRY OF DEFAULT |
| | ) | |
| Defendant. | ) | |

Upon request and proper showing by attorney for Plaintiff, United States of America, the above-named Defendant having failed to appear, plead, or otherwise defend as provided by Rule 55 of the Federal Rules of Civil Procedure, default is hereby entered against said Defendant.

This the 13th day of January, 2016.

_____
JULIE RICHARDS JOHNSTON, Clerk
United States District Court